UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GROVER MATHEWS,                          )
                                         )
        Plaintiff,                     )
                                         )
                                         )   No. 3:10-CV-119
                                         )   (VARLAN/GUYTON)
V.                                       )
                                         )
JEFFERSON COUNTY, TENNESSEE, et al.,     )
                                         )
        Defendants.                    )

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and the order of the District Court [Doc. 14] referring Plaintiff's Motion to Withdraw as Attorney [Doc. 12] and Motion to Continue [Doc. 13] to this Court for disposition.

Plaintiff's counsel, Francis X. Santore, Jr., has filed a Motion to Withdraw [Doc. 12]. Mr. Santore has advised the Court that he will be under suspension from July 17, 2010, for a period of forty five (45) days. The Motion to Withdraw **[Doc. 12]** is **GRANTED** as follows: Plaintiff shall have 75 days from July 17, 2010 to either: (1) obtain new counsel and for said counsel to enter an appearance; (2) to elect to keep Mr. Santore as counsel assuming he is reinstated by the end of the 75 days; or (3) to elect to represent himself.

Accordingly, by **October 4, 2010**, new counsel shall have appeared or Mr. Santore shall have filed a notice that he has been reinstated and will remain counsel of record in this case. If neither of these events occur, the Court will presume that plaintiff is representing himself.

In regards to a continuance, the District Judge entered a Scheduling Order [Doc. 15] on July 22, 2010, setting the trial of this matter for July 11, 2011. The deadlines contained in the Scheduling Order do not expire until months after October 4, 2010, the day upon which the Plaintiffs' representation situation will be resolved. Accordingly, the Court finds that no continuance is necessary at this time. The Motion to Continue **[Doc. 13]** is therefore **DENIED.**

Finally, Mr. Santore shall file a certification that he has delivered a copy of this order to the Plaintiff.

**IT IS SO ORDERED.**

ENTER:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge